FILED BY MB D.C.
APR 28 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

PROB 22
(Rev. 04/24)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER *(Tran. Court)* | 0971 3:21CR00310 | DOCKET NUMBER *(Rec. Court)* | 26-TP-14005-JEM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Veronica Katz<br>, Florida | Northern District of California | San Francisco |
| | NAME OF SENTENCING JUDGE: The Honorable James Donato, United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE — FROM: 03/10/26 | TO: 03/09/29 |

**OFFENSE**

Health Care Fraud; Aiding and Abetting Health Care Fraud
18 U.S.C. §§ 1347, 2

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Katz has established residence with her spouse in , Florida

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF California

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/6/26
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/23/26
*Effective Date*

[signature]
*United States District Judge*

Prepared by: ME

Query Reports Utilities Help What's New Log Out

CLOSED,RELATE

# U.S. District Court
# California Northern District (San Francisco)
# CRIMINAL DOCKET FOR CASE #: 3:21-cr-00310-JD-1

Case title: USA v. Katz et al

Date Filed: 08/12/2021

Magistrate judge case number: 3:20-mj-71591-MAG

Date Terminated: 12/09/2024

---

Assigned to: Judge James Donato

**Defendant (1)**

**Veronica Katz**
*TERMINATED: 12/09/2024*

represented by

**Anthony John Brass**
Law Office of Anthony J. Brass
3223 Webster Street
San Francisco, CA 94123
(415) 922-5462
Fax: (415) 346-8987
Email: tony@brasslawoffice.com
*TERMINATED: 05/11/2023*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Shaffy Moeel**
Moeel Lah Fakhoury LLP
2006 Kala Bagai Way
Suite 16
Berkeley, CA 94704
510-500-9994
Email: shaffy@mlf-llp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Hanni M. Fakhoury**
Moeel Lah Fakhoury LLP
2006 Kala Bagai Way
Suite 16
Berkeley, CA 94704
510-500-9994
Email: hanni@mlf-llp.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

**Disposition**

| | |
|---|---|
| 18 U.S.C. §§ 1347 and 2 Health Care Fraud; Aiding and Abetting Health Care Fraud (2s) | Defendant is sentenced to 24 months custody, followed by 3 years of supervised release on the conditions stated on the record. A fine of $50,000, restitution in the amount of $543,634.34 to Medicare, and a $100 mandatory special assessment, are imposed |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. § 1349 Conspiracy to Commit Health Care Fraud (1) | On the governments motion, all pending charges against defendant are dismissed. |
| 18 U.S.C. § 1349 Conspiracy to Commit Health Care Fraud (1s) | On the governments motion, all pending charges against defendant are dismissed. |
| 18 U.S.C. §§ 1347 and 2 Health Care Fraud and Aiding and Abetting (2) | On the governments motion, all pending charges against defendant are dismissed. |
| 18 U.S.C. §§ 1347 and 2 Health Care Fraud; Aiding and Abetting Health Care Fraud (3s-7s) | On the governments motion, all pending charges against defendant are dismissed. |
| 18 U.S.C. §§ 1035(a) & 2 False Statements Relating to Health Care Matters; Aiding and Abetting False Statements Relating to Health Care Matters (8s-11s) | On the governments motion, all pending charges against defendant are dismissed. |
| 18 U.S.C. §§ 1035(a) & 2 False Statements Relating to Health Care Matters; Aiding and Abetting (12s-16s) | On the governments motion, all pending charges against defendant are dismissed. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1347 - Health Care Fraud; 18 U.S.C. § 1349 - Conspiracy to Commit Health Care Fraud | |

**Plaintiff**

**USA** represented by **Andrew Frederick Dawson**
633 Battery St.
San Francisco, CA 94111
415-629-0257

Email: adawson@keker.com
*TERMINATED: 10/28/2024*
*LEAD ATTORNEY*
*Designation: Assistant US Attorney*

**Christiaan H Highsmith**
U.S. Attorney's Office
for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
415-436-7200
Fax: 415-436-7234
Email: christiaan.highsmith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**David Countryman**
US Attorney's Office
Criminal Division, Asset Forfeiture
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
415-436-7303
Fax: 415-436-6748
Email: david.countryman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Gregg William Lowder**
U. S. Attorney's Office
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
(415) 436-7044
Fax: (415) 436-7234
Email: gregg.lowder@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kevin Yeh**
U.S. Attorney's Office
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
(415) 436-7063
Email: kevin.yeh@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Matthew Chou**
DOJ-Atr
U.S. Department of Justice, Antitrust Division
Phillip Burton Federal Building and U.S. Courthouse
450 Golden Gate Ave
Ste 10-0101
San Francisco, CA 94102

415-218-9633
Email: matthew.chou2@usdoj.gov
*TERMINATED: 04/28/2025*
*Designation: Assistant US Attorney*

**Matthew Chou**
U.S. Attorney's Office for the Northern District of CA
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102
(415) 912-6251
Email: matthew.chou2@usdoj.gov
*TERMINATED: 04/28/2025*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2020 | 1 | COMPLAINT as to Veronica Katz (1), Vennesa Herrera (2). (jlgS, COURT STAFF) (Filed on 11/4/2020) (wsnS, COURT STAFF). [3:20-mj-71591-MAG] (Entered: 11/04/2020) |
| 11/04/2020 | 2 | MOTION for Sealing Order by USA as to Veronica Katz, Vennesa Herrera. (jlgS, COURT STAFF) (Filed on 11/4/2020) (wsnS, COURT STAFF). [3:20-mj-71591-MAG] (Entered: 11/04/2020) |
| 11/04/2020 | 3 | **ORDER Granting 2 Motion to Seal as to Veronica Katz (1), Vennesa Herrera (2). Signed by Magistrate Judge Laurel Beeler on 11/4/2020. (jlgS, COURT STAFF) (wsnS, COURT STAFF). [3:20-mj-71591-MAG] (Entered: 11/04/2020)** |
| 11/05/2020 | | Set Hearing as to Veronica Katz and Vennesa Herrera re 1 Complaint: Initial Appearance set for 11/6/2020 10:30 AM before Magistrate Judge Donna M. Ryu in Oakland - Videoconference only. (igS, COURT STAFF) (Filed on 11/5/2020) Modified on 11/5/2020 (igS, COURT STAFF). [3:20-mj-71591-MAG] (Entered: 11/05/2020) |
| 11/06/2020 | 4 | Sealed Document as to Veronica Katz. (jlgS, COURT STAFF) (Filed on 11/6/2020) [3:20-mj-71591-MAG] (Entered: 11/06/2020) |
| 11/09/2020 | 8 | Sealed Document as to Veronica Katz. (jlgS, COURT STAFF) (Filed on 11/9/2020) [3:20-mj-71591-MAG] (Entered: 11/09/2020) |
| 11/10/2020 | 9 | Sealed Document. No NEF issued. (jlgS, COURT STAFF) (Filed on 11/10/2020) [3:20-mj-71591-MAG] (Entered: 11/10/2020) |
| 11/13/2020 | 10 | Sealed Document as to Veronica Katz. (jlgS, COURT STAFF) (Filed on 11/13/2020) [3:20-mj-71591-MAG] (Entered: 11/16/2020) |
| 11/13/2020 | 11 | **ORDER Setting Conditions of Release and Appearance Bond. Secured Bond Entered as to Veronica Katz in amount of $ 1,000,000. Signed by Magistrate Judge Donna M. Ryu on 11/13/2020. (jlgS, COURT STAFF) (Filed on 11/13/2020) [3:20-mj-71591-MAG] (Entered: 11/16/2020)** |
| 11/20/2020 | 13 | AFFIDAVIT OF SIMON KATZ by Veronica Katz. (wsnS, COURT STAFF) (Filed on 11/20/2020) [3:20-mj-71591-MAG] (Entered: 11/20/2020) |
| 11/20/2020 | 14 | Minute Entry for proceedings held before Magistrate Judge Donna M. Ryu: Bond Hearing and Status Conference as to Veronica Katz held on 11/20/2020. Bond Hearing and Status Conference set for 11/27/2020 10:30 AM in Oakland, - Videoconference Only before |

| | | |
|---|---|---|
| | | Magistrate Judge Donna M. Ryu. FTR Time 1:52-2:08 p.m. (wsnS, COURT STAFF) (Filed on 11/20/2020) [3:20-mj-71591-MAG] (Entered: 11/22/2020) |
| 11/23/2020 | 15 | Sealed Document. No NEF issued. (jlgS, COURT STAFF) (Filed on 11/23/2020) [3:20-mj-71591-MAG] (Entered: 11/23/2020) |
| 11/27/2020 | 16 | Minute Entry for proceedings held before Magistrate Judge Donna M. Ryu: Bond Hearing and Status Conference as to Veronica Katz held on 11/27/2020. Preliminary Examination previously set to continue for 12/18/2020 at 10:30 AM in Oakland - Videoconference Only before Magistrate Judge Kandis A. Westmore.FTR Time 11:22 - 11:30. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jlgS, COURT STAFF) (Filed on 11/27/2020) [3:20-mj-71591-MAG] (Entered: 11/27/2020) |
| 11/30/2020 | 17 | **PROTECTIVE ORDER as to Veronica Katz, Vennesa Herrera. Signed by Magistrate Judge Joseph C. Spero on 11/30/2020. (wsnS, COURT STAFF) (Filed on 11/30/2020) (wsnS, COURT STAFF). [3:20-mj-71591-MAG] (Entered: 11/30/2020)** |
| 11/30/2020 | 18 | **AMENDED PROTECTIVE ORDER as to Veronica Katz, Vennesa Herrera. Signed by Magistrate Judge Joseph C. Spero on 11/30/2020. (wsnS, COURT STAFF) (Filed on 11/30/2020) (wsnS, COURT STAFF). [3:20-mj-71591-MAG] (Entered: 11/30/2020)** |
| 12/10/2020 | 19 | STIPULATION WITH PROPOSED ORDER to Exclude Time as to Veronica Katz, Vennesa Herrera filed by USA. (wsnS, COURT STAFF) (Filed on 12/10/2020) [3:20-mj-71591-MAG] (Entered: 12/10/2020) |
| 12/10/2020 | 20 | **STIPULATION AND ORDER to Exclude Time as to Veronica Katz, Vennesa Herrera 19 STIPULATION WITH PROPOSED ORDER as to Veronica Katz, Vennesa Herrera filed by USA. Signed by Magistrate Judge Laurel Beeler on 12/10/2020. (jlgS, COURT STAFF) (Filed on 12/10/2020) [3:20-mj-71591-MAG] (Entered: 12/10/2020)** |
| 12/18/2020 | 21 | **ORDER EXCLUDING TIME as to Veronica Katz, Vennesa Herrera. Preliminary Examination set for 1/29/2021 AT 10:30 AM in San Francisco, - Videoconference Only before Magistrate Judge Alex G. Tse. Signed by Magistrate Judge Laurel Beeler on 12/17/2020. (wsnS, COURT STAFF) (Filed on 12/18/2020) [3:20-mj-71591-MAG] (Entered: 12/18/2020)** |
| 12/30/2020 | 22 | **Pretrial Services Form 8 by Elba Romero as to Veronica Katz for Modifications of Pretrial Release conditions. Signed by Magistrate Judge Donna M. Ryu on 12/30/2020. (jlgS, COURT STAFF) (Filed on 12/30/2020) [3:20-mj-71591-MAG] (Entered: 12/30/2020)** |
| 12/31/2020 | 23 | Receipt for Deed of Trust received in the amount of $ 0.00 from Simon Katz; Date receipt issued on 12/29/2020 with Receipt # 34611152348 (cfkS, COURT STAFF) (Filed on 12/31/2020) [3:20-mj-71591-MAG] (Entered: 12/31/2020) |
| 01/27/2021 | 24 | **STIPULATION AND ORDER to Exclude Time Under the Speedy Trial Act and Fed. R. Crim. P. 5.1 as to Veronica Katz, Vennesa Herrera 21 Order. Signed by Magistrate Judge Alex G. Tse on 1/27/2021. (jlgS, COURT STAFF) (Filed on 1/27/2021) Modified on 1/27/2021 (jlgS, COURT STAFF). (wsnS, COURT STAFF). [3:20-mj-71591-MAG] (Entered: 01/27/2021)** |
| 01/27/2021 | | Set/Reset Hearing as to Veronica Katz, Vennesa Herrera re 24 Stipulation and Order. Preliminary Examination set for 2/26/2021 at 10:30 AM in San Francisco - Videoconference Only before Magistrate Judge Laurel Beeler. (jlgS, COURT STAFF) (Filed on 1/27/2021) [3:20-mj-71591-MAG] (Entered: 01/28/2021) |

| | | |
|---|---|---|
| 02/19/2021 | 26 | **ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND FED. R. CRIM. P. 5.1 as to Veronica Katz, Vennesa Herrera. Signed by Magistrate Judge Laurel Beeler on 02/19/2021. (ejkS, COURT STAFF) (Filed on 2/19/2021) [3:20-mj-71591-MAG] (Entered: 02/19/2021)** |
| 02/19/2021 | | Set/Reset Deadlines/Hearings as to Veronica Katz, Vennesa Herrera. Preliminary Examination set for 4/27/2021 at 10:30 AM in San Francisco - Videoconference Only before Magistrate Judge Jacqueline Scott Corley. (ejkS, COURT STAFF) (Filed on 2/19/2021) [3:20-mj-71591-MAG] (Entered: 02/19/2021) |
| 04/06/2021 | 27 | STIPULATION WITH PROPOSED ORDER for Travel as to Veronica Katz. (wsnS, COURT STAFF) (Filed on 4/6/2021) (wsnS, COURT STAFF). [3:20-mj-71591-MAG] (Entered: 04/07/2021) |
| 04/07/2021 | 28 | **ORDER granting 27 Stipulation for Travel as to Veronica Katz (1). Signed by Magistrate Judge Jacqueline Scott Corley on 4/7/2021. (ahmS, COURT STAFF) [3:20-mj-71591-MAG] (Entered: 04/07/2021)** |
| 04/26/2021 | 29 | **STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND FED. R. CRIM. P. 5.1 as to Veronica Katz and Vennesa Herrera. Signed by Magistrate Judge Jacqueline Scott Corley on 4/26/2021. (ahmS, COURT STAFF) (Filed on 4/26/2021) [3:20-mj-71591-MAG] (Entered: 04/26/2021)** |
| 04/26/2021 | | Set/Reset Hearing as to Veronica Katz & Vennesa Herrera: Preliminary Hearing/Arraignment set for 5/25/2021 at 10:30 a.m. before Magistrate Judge Thomas S. Hixson. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/tsh<br><br>**General Order 58.** Persons granted access to court proceedin gs held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>(ahmS, COURT STAFF) (Filed on 4/26/2021) [3:20-mj-71591-MAG] (Entered: 04/26/2021) |
| 05/19/2021 | 30 | **STIPULATION AND ORDER EXCLUSION OF TIME as to Veronica Katz, Vennesa Herrera. Signed by Magistrate Judge Thomas S. Hixson on 5/19/2021. (rmm2S, COURT STAFF) (Filed on 5/19/2021) [3:20-mj-71591-MAG] (Entered: 05/19/2021)** |
| 05/19/2021 | | Set/Reset Hearing as to Veronica Katz, Vennesa Herrera re 30 Stipulation and Order: Arraignment set for 7/2/2021 10:30 AM - Videoconference Only before Magistrate Judge Alex G. Tse. (rmm2S, COURT STAFF) (Filed on 5/19/2021) [3:20-mj-71591-MAG] (Entered: 05/19/2021) |
| 06/25/2021 | 31 | **STIPULATION AND ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND FED. R. CRIM. P. 5.1 Preliminary hearing currently set for July 2, 2021, is HEREBY CONTINUED to August 13, 2021 as to Veronica Katz, Vennesa Herrera. Preliminary Examination set for 8/13/2021 10:30 AM in San Francisco - Videoconference Only before Magistrate Judge Joseph C. Spero. Signed by Magistrate Judge Joseph C. Spero on 6/24/2021. (lskS, COURT STAFF) (Filed on 6/25/2021) (wsnS, COURT STAFF). [3:20-mj-71591-MAG] (Entered: 06/25/2021)** |

| | | |
|---|---|---|
| 08/12/2021 | 32 | **Order to Unseal Case as to Veronica Katz, Vennesa Herrera. Signed by Magistrate Judge Joseph C. Spero on 8/12/2021. (wsnS, COURT STAFF) (Filed on 8/12/2021) [3:20-mj-71591-MAG] (Entered: 08/12/2021)** |
| 08/12/2021 | 33 | INFORMATION as to Veronica Katz (1) count(s) 1, 2, Vennesa Herrera (2) count(s) 1, 2. (lskS, COURT STAFF) (Filed on 8/12/2021) (Additional attachment(s) added on 8/12/2021: # 1 penalty sheet) (lskS, COURT STAFF). (Additional attachment(s) added on 8/12/2021: # 2 penalty sheet) (lskS, COURT STAFF). (Additional attachment(s) added on 8/12/2021: # 3 cover sheet) (lskS, COURT STAFF). (Entered: 08/12/2021) |
| 08/12/2021 | | Set/Reset Hearing as to Veronica Katz, Vennesa Herrera re 33 Information - Felony,,. Arraignment set for 8/13/2021 10:30 AM in San Francisco, - Videoconference Only before Magistrate Judge Joseph C. Spero. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/jcs<br><br>**General Order 58 .** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Arraignment set for 8/13/2021 10:30 AM in San Francisco, - Videoconference Only before Magistrat e Judge Joseph C. Spero. (klhS, COURT STAFF) (Filed on 8/12/2021) (Entered: 08/12/2021) |
| 08/13/2021 | 34 | WAIVER OF INDICTMENT by Veronica Katz (lskS, COURT STAFF) (Filed on 8/13/2021) (Entered: 08/13/2021) |
| 08/13/2021 | 35 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Spero: Arraignment as to Veronica Katz (1) Count 1,2 held on 8/13/2021 plea not guilty. Defendant consents to proceed by Zoom. AUSA will be filing a Notice of Related case to relate this to Judge Donato. Time excluded from STA from 8/13/2021-9/1/2021. Status Conference set for 9/1/2021 02:15 PM in San Francisco - To be determined before Judge Maxine M. Chesney. FTR Time Zoom Webinar: 10:34-10:40. (lskS, COURT STAFF) (Filed on 8/13/2021) (Entered: 08/13/2021) |
| 08/18/2021 | 38 | Notice of Related Case by USA as to Veronica Katz, Vennesa Herrera (Highsmith, Christiaan) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/25/2021 | 39 | **ORDER RELATING CASE. Signed by Judge James Donato on 8/25/2021. (lrcS, COURT STAFF) (Filed on 8/25/2021) (Entered: 08/25/2021)** |
| 08/26/2021 | 40 | Case as to Veronica Katz, Vennesa Herrera Reassigned to Judge James Donato. Judge Maxine M. Chesney no longer assigned to the case. (mbcS, COURT STAFF) (Filed on 8/26/2021) (Entered: 08/26/2021) |
| 09/15/2021 | 44 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *requesting a status hearing on Sept. 27, 2021, and excluding time under the Speedy Trial Act* filed by USA. (Highsmith, Christiaan) (Filed on 9/15/2021) (Entered: 09/15/2021) |
| 09/16/2021 | 45 | **ORDER. At the parties joint request, Dkt. No. 44, the Court sets a status hearing on October 4, 2021, at 10:30 a.m. Time between September 1, 2021, through October 4, 2021, is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv). Signed** |

| | | |
|---|---|---|
| | | **by Judge James Donato on 9/16/2021. (jdlc3S, COURT STAFF) (Filed on 9/16/2021) (Entered: 09/16/2021)** |
| 09/30/2021 | 48 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *continuing status and excluding time under STA from 10/4/21 to 11/1/21* filed by USA. (Highsmith, Christiaan) (Filed on 9/30/2021) (Entered: 09/30/2021) |
| 10/01/2021 | 50 | **ORDER. At the parties' joint request, Dkt. No. 48, the status conference set for October 4, 2021, is continued to November 1, 2021, at 10:30 a.m. Time between October 4, 2021, through November 1, 2021, is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv). Signed by Judge James Donato on 10/1/2021. (jdlc3S, COURT STAFF) (Filed on 10/1/2021) (Entered: 10/01/2021)** |
| 10/01/2021 | 52 | NOTICE OF ATTORNEY APPEARANCE Andrew Frederick Dawson appearing for USA. (Dawson, Andrew) (Filed on 10/1/2021) (Entered: 10/01/2021) |
| 10/29/2021 | 55 | NOTICE *OF WITHDRAWAL OF COUNSEL* by USA as to Veronica Katz, Vennesa Herrera (Highsmith, Christiaan) (Filed on 10/29/2021) (Entered: 10/29/2021) |
| 11/01/2021 | 56 | Minute Entry for proceedings held before Judge James Donato: Status Conference as to Veronica Katz held on 11/1/2021 Change of Plea Hearing set for 1/24/2022 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Trial Setting Hearing set for 1/24/2022 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. FTR Time 11:19-11:22. Excludable Delay: Effective Preparation of Counsel. Begins: 11/1/2021. Ends: 1/24/2022. (lrc, COURT STAFF) (Filed on 11/1/2021) (Entered: 11/01/2021) |
| 11/23/2021 | 57 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *For Travel*. (Brass, Anthony) (Filed on 11/23/2021) (Entered: 11/23/2021) |
| 11/24/2021 | 58 | **ORDER RE REQUEST FOR TRAVEL. Signed by Judge James Donato on 11/24/2021. (jdlc3, COURT STAFF) (Filed on 11/24/2021) (Entered: 11/24/2021)** |
| 01/11/2022 | 59 | Sealed Document. No NEF issued. Not served by CSA.(lsk, COURT STAFF) (Filed on 1/11/2022) (Entered: 01/11/2022) |
| 01/19/2022 | 60 | Sealed Document. No NEF issued (slh, COURT STAFF) (Filed on 1/19/2022) (Entered: 01/19/2022) |
| 01/20/2022 | 62 | Sealed Document. No NEF issued. (tn, COURT STAFF) (Filed on 1/20/2022) (Entered: 01/21/2022) |
| 01/21/2022 | 61 | **ORDER. At the parties' joint request, Dkt. No. 60, the request to file Dkt. No. 60 under seal is granted. The trial setting or change of plea hearing set for January 24, 2022, is continued to April 18, 2022, at 10:30 a.m. Time between January 24, 2022, through April 18, 2022, is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv). Signed by Judge James Donato on 1/21/2022. (jdlc3, COURT STAFF) (Filed on 1/21/2022) (Entered: 01/21/2022)** |
| 04/11/2022 | 65 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *TO CONTINUE HEARING AND EXLUDE TIME* filed by USA. (Dawson, Andrew) (Filed on 4/11/2022) (Entered: 04/11/2022) |
| 04/14/2022 | 66 | **STIPULATION AND ORDER TO CONTINUE - Ends of Justice as to Veronica Katz Time excluded from 4/18/22 until 6/27/22., Terminate Deadlines and Hearings as to Veronica Katz: 65 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *TO CONTINUE HEARING AND EXLUDE TIME* filed by USA. Change of Plea Hearing set for 6/27/2022 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Trial Setting Hearing set for 6/27/2022 10:30 AM in San** |

| | | |
|---|---|---|
| | | **Francisco, Courtroom 11, 19th Floor before Judge James Donato. Signed by Judge James Donato on 4/14/2022. (lrc, COURT STAFF) (Filed on 4/14/2022) (Entered: 04/14/2022)** |
| 06/09/2022 | 67 | **STIPULATION AND ORDER as to Veronica Katz Change of Plea Hearing set for 8/1/2022 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Trial Setting Hearing set for 8/1/2022 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Signed by Judge James Donato on 6/9/2022. (lrc, COURT STAFF) (Filed on 6/9/2022) (Entered: 06/09/2022)** |
| 07/28/2022 | 68 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *STIPULATION TO CONTINUE HEARING FROM AUGUST 1, 2022 TO DECEMBER 12, 2022 AND EXCLUDE TIME AND [PROPOSED] ORDER* filed by USA. (Dawson, Andrew) (Filed on 7/28/2022) (Entered: 07/28/2022) |
| 07/28/2022 | 69 | **STIPULATION AND ORDER as to Veronica Katz, Vennesa Herrera, Terminate Deadlines and Hearings as to Veronica Katz, Vennesa Herrera: 64 Order, Set Deadlines/Hearings, Terminate Motions. Status Conference set for 12/12/2022 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Signed by Judge James Donato on 7/28/2022. (lrc, COURT STAFF) (Filed on 7/28/2022) (Entered: 07/28/2022)** |
| 10/06/2022 | 73 | **ORDER granting 72 Stipulation as to Vennesa Herrera (2) for travel to and from the District of Hawaii. Signed by Magistrate Judge Thomas S. Hixson on 10/6/2022. (tshlc1, COURT STAFF) (Entered: 10/06/2022)** |
| 12/08/2022 | 74 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *TO CONTINUE HEARING FROM DECEMBER 12, 2022 TO MARCH 13, 2023, AND TO EXCLUDE TIME* filed by USA. (Dawson, Andrew) (Filed on 12/8/2022) (Entered: 12/08/2022) |
| 12/09/2022 | 75 | **STIPULATION AND ORDER TO CONTINUE - Ends of Justice as to Veronica Katz Time excluded from 12/12/22 until 3/13/23., Motions terminated: 65 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *TO CONTINUE HEARING AND EXLUDE TIME* filed by USA, 74 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *TO CONTINUE HEARING FROM DECEMBER 12, 2022 TO MARCH 13, 2023, AND TO EXCLUDE TIME* filed by USA, 68 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *STIPULATION TO CONTINUE HEARING FROM AUGUST 1, 2022 TO DECEMBER 12, 2022 AND EXCLUDE TIME AND [PROPOSED] ORDER* filed by USA., Terminate Deadlines and Hearings as to Veronica Katz: 74 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *TO CONTINUE HEARING FROM DECEMBER 12, 2022 TO MARCH 13, 2023, AND TO EXCLUDE TIME* filed by USA. Status Conference set for 3/13/2023 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Signed by Judge James Donato on 12/9/2022. (lrc, COURT STAFF) (Filed on 12/9/2022) (Entered: 12/09/2022)** |
| 12/12/2022 | 76 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *For Travel.* (Brass, Anthony) (Filed on 12/12/2022) (Entered: 12/12/2022) |
| 12/12/2022 | 77 | **ORDER. For Dkt. No. 76, the request for travel is granted. Signed by Judge James Donato on 12/12/2022. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 12/12/2022) (Entered: 12/12/2022)** |
| 03/09/2023 | 80 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *To Continue Status Conference.* (Brass, Anthony) (Filed on 3/9/2023) (Entered: 03/09/2023) |

| | | |
|---|---|---|
| 03/09/2023 | 81 | **Terminate Deadlines and Hearings as to Veronica Katz: 80 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *To Continue Status Conference* filed by Veronica Katz., STIPULATION AND ORDER as to Veronica Katz, Motions terminated: 80 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *To Continue Status Conference* filed by Veronica Katz. Status Conference set for 3/27/2023 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Signed by Judge James Donato on 3/9/2023. (lrc, COURT STAFF) (Filed on 3/9/2023) (Entered: 03/09/2023)** |
| 03/21/2023 | 82 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *For Travel.* (Brass, Anthony) (Filed on 3/21/2023) (Entered: 03/21/2023) |
| 03/27/2023 | 83 | **ORDER RE 82 REQUEST FOR TRAVEL. Signed by Judge James Donato on 3/27/2023. (jdlc3, COURT STAFF) (Filed on 3/27/2023) (Entered: 03/27/2023)** |
| 03/27/2023 | 84 | Minute Entry for proceedings held before Judge James Donato: Status Conference as to Veronica Katz, Vennesa Herrera held on 3/27/2023 Change of Plea Hearing set for 5/1/2023 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Trial Setting Hearing set for 5/1/2023 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Court Reporter: Belle Ball. (lrc, COURT STAFF) (Filed on 3/27/2023) (Entered: 03/28/2023) |
| 04/28/2023 | 85 | CLERK'S NOTICE as to Veronica Katz, Vennesa Herrera Change of Plea Hearing set for 5/1/2023 11:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Trial Setting Hearing set for 5/1/2023 11:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (lrc, COURT STAFF) (Filed on 4/28/2023) (Entered: 04/28/2023) |
| 05/01/2023 | 86 | Minute Entry for proceedings held before Judge James Donato: Status Conference as to Veronica Katz held on 5/1/2023 Jury Selection set for 8/21/2023 09:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Jury Trial set for 8/21/2023 09:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Total Time in Court 9 Minutes. Court Reporter: Marla Knox. Excludable Delay: effective preparation. Begins: 5/1/23. Ends: 8/21/23. (lrc, COURT STAFF) (Filed on 5/1/2023) (Entered: 05/02/2023) |
| 05/08/2023 | 87 | NOTICE *to Withdraw as Counsel; [Proposed] Order* by Veronica Katz (Brass, Anthony) (Filed on 5/8/2023) (Entered: 05/08/2023) |
| 05/11/2023 | 88 | NOTICE OF ATTORNEY APPEARANCE: Shaffy Moeel appearing for Veronica Katz (Moeel, Shaffy) (Filed on 5/11/2023) (Entered: 05/11/2023) |
| 05/11/2023 | 89 | NOTICE OF ATTORNEY APPEARANCE: Hanni M. Fakhoury appearing for Veronica Katz *as Co-Counsel* (Fakhoury, Hanni) (Filed on 5/11/2023) (Entered: 05/11/2023) |
| 05/11/2023 | 90 | **ORDER GRANTING 88 REQUEST TO WITHDRAW AS COUNSEL as to Veronica Katz. Signed by Judge James Donato on 5/11/2023. (jdlc3, COURT STAFF) (Filed on 5/11/2023) (Entered: 05/11/2023)** |
| 05/11/2023 | | Attorney update in case as to Veronica Katz. Attorney Anthony John Brass terminated. (tn, COURT STAFF) (Filed on 5/11/2023) (Entered: 05/11/2023) |
| 07/24/2023 | 92 | MEMORANDUM *Unopposed motion to vacate August 21, 2023, trial date and to set a status hearing and [proposed] order* by USA as to Veronica Katz (Highsmith, Christiaan) (Filed on 7/24/2023) (Entered: 07/24/2023) |

| | | |
|---|---|---|
| 07/27/2023 | 93 | **ORDER. For Dkt. No. 92, the jury trial set for August 21, 2023, is vacated. A status conference is set for August 21, 2023, at 10:30 a.m. Signed by Judge James Donato on 7/27/2023. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 7/27/2023) (Entered: 07/27/2023)** |
| 08/11/2023 | 95 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE.* (Moeel, Shaffy) (Filed on 8/11/2023) (Entered: 08/11/2023) |
| 08/11/2023 | 96 | MOTION to Withdraw Document 95 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE MOTION TO WITHDRAW REQUEST TO MODIFY PRE-TRIAL CONDITIONS ALLOWING TRAVEL TO HAWAII* by Veronica Katz. (Moeel, Shaffy) (Filed on 8/11/2023) (Entered: 08/11/2023) |
| 08/21/2023 | 99 | Minute Entry for proceedings held before Judge James Donato: Status Conference as to Veronica Katz held on 8/21/2023 Status Conference set for 10/23/2023 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Court Reporter: Stephen Franklin. (lrc, COURT STAFF) (Filed on 8/21/2023) (Entered: 08/21/2023) |
| 08/22/2023 | | ***Motion terminated as Moot as to Veronica Katz per filing of 96 Motion to Withdraw Request to Modify Pretrial Conditions allowing travel to Hawaii: 95 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE* filed by Veronica Katz. (ig, COURT STAFF) (Filed on 8/22/2023) (Entered: 08/22/2023) |
| 08/22/2023 | | ***Motion terminated as to Veronica Katz, no court order necessary for withdrawal of request to modify pretrial conditions: 96 MOTION to Withdraw Document 95 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE MOTION TO WITHDRAW REQUEST TO MODIFY PRE-TRIAL CONDITIONS ALLOWING TRAVEL T filed by Veronica Katz. (ig, COURT STAFF) (Filed on 8/22/2023) (Entered: 08/22/2023)* |
| 10/17/2023 | 102 | SUPERSEDING INDICTMENT as to Veronica Katz (1) count(s) 1s, 2s-7s, 8s-11s, 12s-16s, Simon Katz (3) count(s) 1s, 12s-16s. (Attachments: # 1 Criminal Cover Sheet, # 2 Penalty Sheet - V. Katz, # 3 Penalty Sheet - S. Katz) (ecg, COURT STAFF) (Filed on 10/17/2023) (Entered: 10/19/2023) |
| 10/23/2023 | | Set/Reset Hearing as to Defendant Veronica Katz re 102 Superseding Indictment:<br><br>Arraignment on Superseding Indictment set for 10/25/2023 at 10:30 AM in San Francisco, Courtroom 14, 18th Floor before Magistrate Judge Lisa J. Cisneros. NOTE: Magistrate Judge Sallie Kim will be hearing this matter.<br><br>(rmm2, COURT STAFF) (Filed on 10/23/2023) (Entered: 10/23/2023) |
| 10/23/2023 | 104 | Minute Entry for proceedings held before Judge James Donato: Status Conference as to Veronica Katz held on 10/23/2023 Court Reporter: Marla Knox. (lrc, COURT STAFF) (Filed on 10/23/2023) (Entered: 10/25/2023) |
| 10/24/2023 | 103 | MOTION to Exclude *Time Under the Speedy Trial Act and to Set Hearing to Select Trial Dates* by USA as to Veronica Katz, Simon Katz. Motion Hearing set for 10/30/2023 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. (Highsmith, Christiaan) (Filed on 10/24/2023) (Entered: 10/24/2023) |

| | | |
|---|---|---|
| 10/25/2023 | 105 | Minute Entry for proceedings held before Magistrate Judge Sallie Kim: Arraignment as to Veronica Katz (1) Count 1,1s,2,2s-7s,8s-11s,12s-16s held on 10/25/2023Plea entered by Veronica Katz Not Guilty on counts Counts 1-16 of the Superseding Indictment. Status Conference set for 10/30/2023 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Time is excluded under STA from October 25, 2023 to October 30, 2023 for effective preparation of counsel. Recording Time 11:58-12:03. (exl, COURT STAFF) (Filed on 10/25/2023) (Entered: 10/25/2023) |
| 10/27/2023 | 108 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *to Continue Status Hearing*. (Moeel, Shaffy) (Filed on 10/27/2023) (Entered: 10/27/2023) |
| 10/27/2023 | 109 | **ORDER. The Court is advised that defendants have withdrawn their opposition to exclusion of time under the Speedy Trial Act in light of the filing of a superseding indictment. Dkt. No. 106. The parties' joint request to exclude time between October 30, 2023, and November 13, 2023, Dkt. No. 107, is granted. The parties are advised that the Court will be in a MDL trial and unavailable for a status conference or other proceeding until December 18, 2023. They are directed to advise the Court about a time exclusion until then. Signed by Judge James Donato on 10/27/2023. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 10/27/2023) (Entered: 10/27/2023)** |
| 11/06/2023 | 112 | NOTICE *(Bill of Particulars for Forfeiture of Property)* by USA as to Veronica Katz, Vennesa Herrera, Simon Katz (Countryman, David) (Filed on 11/6/2023) (Entered: 11/06/2023) |
| 12/15/2023 | 113 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz, Simon Katz *TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE* filed by Veronica Katz. (Moeel, Shaffy) (Filed on 12/15/2023) (Entered: 12/15/2023) |
| 12/15/2023 | 114 | **Order by Magistrate Judge Donna M. Ryu granting 113 Stipulation to Modify Conditions of Pre-Trial Release as to Veronica Katz (1), Simon Katz (3). (wft, COURT STAFF) (Filed on 12/15/2023) (Entered: 12/15/2023)** |
| 12/19/2023 | 115 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT*. (Moeel, Shaffy) (Filed on 12/19/2023) (Entered: 12/19/2023) |
| 12/21/2023 | 116 | **STIPULATION AND ORDER TO CONTINUE - Ends of Justice as to Veronica Katz Time excluded from 11/13/23 until 1/29/24., Terminate Deadlines and Hearings as to Veronica Katz: 115 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT* filed by Veronica Katz. Status Conference set for 1/29/2024 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato.. Signed by Judge James Donato on 12/20/2023. (lrc, COURT STAFF) (Filed on 12/21/2023) (Entered: 12/21/2023)** |
| 01/02/2024 | 117 | NOTICE *OF CHANGE OF ADDRESS* by Veronica Katz (Fakhoury, Hanni) (Filed on 1/2/2024) (Entered: 01/02/2024) |
| 01/09/2024 | 118 | NOTICE *of Change of Address* by Veronica Katz (Moeel, Shaffy) (Filed on 1/9/2024) (Entered: 01/09/2024) |
| 01/19/2024 | 125 | **ORDER. The status conferences for defendants Simon and Veronica Katz, and the hearings on the motion to suppress, Dkt. No. 120, and motion to dismiss, Dkt. No. 122, are continued to February 26, 2024, at 10:30 a.m. in San Francisco, Courtroom 11, 19th Floor. The parties may file a joint request to exclude time for Veronica Katz up to February 26, 2024. Signed by Judge James Donato on 1/19/2024. *(This is a text-*** |

| | | |
|---|---|---|
| | | ***only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 1/19/2024) (Entered: 01/19/2024)** |
| 01/23/2024 | 127 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *TO CONTINUE STATUS AND MOTION HEARING.* (Moeel, Shaffy) (Filed on 1/23/2024) (Entered: 01/23/2024) |
| 01/30/2024 | 129 | **ORDER CONTINUING STATUS CONFERENCE AND MOTION HEARING AND EXCLUDING TIME. Signed by Judge James Donato on 1/30/2024. (jdlc3, COURT STAFF) (Filed on 1/30/2024) (Entered: 01/30/2024)** |
| 02/26/2024 | 142 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz, Simon Katz *STIPULATION AND [PROPOSED] ORDER TO CONTINUE COURT DATE FROM MARCH 14, 2024 TO MARCH 11, 2024 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT* filed by Simon Katz. (Halbert, Shawn) (Filed on 2/26/2024) (Entered: 02/26/2024) |
| 03/01/2024 | 143 | **ORDER. In light of the unavailability of counsel for Simon Katz, Dkt. No. 142, the motion hearings set for March 4, 2024, are continued to May 20, 2024, at 10:30 a.m. in San Francisco, Courtroom 11, 19th Floor. The status conference for Veronica Katz remains set for March 4, 2024, at 10:30 a.m. in San Francisco, Courtroom 11, 19th Floor. Signed by Judge James Donato on 3/1/2024. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 3/1/2024) (Entered: 03/01/2024)** |
| 03/01/2024 | 144 | NOTICE OF ATTORNEY APPEARANCE Matthew Chou appearing for USA. (Chou, Matthew) (Filed on 3/1/2024) (Entered: 03/01/2024) |
| 03/04/2024 | 145 | Minute Entry for proceedings held before Judge James Donato: Status Conference as to Veronica Katz held on 3/4/2024 Change of Plea Hearing set for 3/25/2024 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Jury Selection set for 8/5/2024 09:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Jury Trial set for 8/5/2024 09:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Pretrial Conference set for 7/18/2024 01:30 PM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Court Reporter: Rhonda Aquilina. (lrc, COURT STAFF) (Filed on 3/4/2024) (Entered: 03/05/2024) |
| 03/13/2024 | 146 | NOTICE OF ATTORNEY APPEARANCE Matthew Chou appearing for USA. *(refiling to link correct Pacer account)* (Chou, Matthew) (Filed on 3/13/2024) (Entered: 03/13/2024) |
| 03/22/2024 | 147 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *to Continue Change of Plea Hearing.* (Moeel, Shaffy) (Filed on 3/22/2024) (Entered: 03/22/2024) |
| 03/22/2024 | 148 | **ORDER TO CONTINUE CHANGE OF PLEA HEARING. Signed by Judge James Donato on 3/22/2024. (jdlc3, COURT STAFF) (Filed on 3/22/2024) (Entered: 03/22/2024)** |
| 04/15/2024 | 149 | Minute Entry for proceedings held before Judge James Donato: Status Conference as to Veronica Katz held on 4/15/2024, Terminate Deadlines and Hearings as to Veronica Katz: 148 Order, Terminate Motions, Set Hearings. Change of Plea Hearing set for 4/18/2024 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Court Reporter: Kendra Steppler. (lrc, COURT STAFF) (Filed on 4/15/2024) (Entered: 04/17/2024) |
| 04/18/2024 | 150 | PLEA AGREEMENT as to Veronica Katz (lrc, COURT STAFF) (Filed on 4/18/2024) (Entered: 04/18/2024) |

| | | |
|---|---|---|
| 04/18/2024 | 152 | Minute Entry for proceedings held before Judge James Donato: Change of Plea Hearing as to Veronica Katz held on 4/18/2024. Plea entered by Veronica Katz (1), Guilty on Count 2s of the Superseding Indictment. The Court finds defendant's guilty plea to be knowing and voluntary, and accepts the plea. Sentencing set for 9/30/2024 at 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Court Reporter: Marla Knox. (tn, COURT STAFF) (Filed on 4/18/2024) (Entered: 04/19/2024) |
| 04/19/2024 | 151 | CLERK'S NOTICE of Referral to Probation as to Veronica Katz (lrc, COURT STAFF) (Filed on 4/19/2024) (Additional attachment(s) added on 4/19/2024: # 1 Probation Referral) (lrc, COURT STAFF). (Entered: 04/19/2024) |
| 06/13/2024 | 161 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *to Modify Pre Trial Release Conditions*. (Moeel, Shaffy) (Filed on 6/13/2024) (Entered: 06/13/2024) |
| 06/14/2024 | 163 | **Order by Magistrate Judge Laurel Beeler granting 161 Stipulation to Modify Pre Trial Release Conditions as to Veronica Katz (1). (ejk, COURT STAFF) (Filed on 6/14/2024) (Entered: 06/14/2024)** |
| 09/09/2024 | 169 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *to Continue Sentencing Hearing*. (Moeel, Shaffy) (Filed on 9/9/2024) (Entered: 09/09/2024) |
| 09/12/2024 | 171 | **STIPULATION AND ORDER as to Veronica Katz, Terminate Deadlines and Hearings as to Veronica Katz: 169 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *to Continue Sentencing Hearing* filed by Veronica Katz. Sentencing set for 11/18/2024 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Signed by Judge James Donato on 9/11/2024. (lrc, COURT STAFF) (Filed on 9/12/2024) (Entered: 09/12/2024)** |
| 10/28/2024 | 177 | NOTICE *Notice of Removal of Counsel Andrew Dawson* by USA as to Veronica Katz, Vennesa Herrera, Simon Katz (Highsmith, Christiaan) (Filed on 10/28/2024) (Entered: 10/28/2024) |
| 10/28/2024 | | Attorney update in case as to Veronica Katz, Vennesa Herrera, Simon Katz. Attorney Andrew Frederick Dawson terminated. (tn, COURT STAFF) (Filed on 10/28/2024) (Entered: 10/29/2024) |
| 10/31/2024 | 179 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz *to Continue Sentencing Hearing*. (Moeel, Shaffy) (Filed on 10/31/2024) (Entered: 10/31/2024) |
| 11/04/2024 | 180 | SENTENCING MEMORANDUM by USA as to Veronica Katz (Attachments: # 1 Declaration Declaration of Allen Williams)(Highsmith, Christiaan) (Filed on 11/4/2024) (Entered: 11/04/2024) |
| 11/08/2024 | 182 | SENTENCING MEMORANDUM by Veronica Katz (Attachments: # 1 Exhibit Exhibit A: Letter from Veronica Katz, # 2 Exhibit Exhibit B: Sentencing Commission Data) (Moeel, Shaffy) (Filed on 11/8/2024) (Entered: 11/08/2024) |
| 11/08/2024 | 183 | **STIPULATION AND ORDER as to Veronica Katz, Terminate Deadlines and Hearings as to Veronica Katz: 179 STIPULATION WITH PROPOSED ORDER as to Veronica Katz *to Continue Sentencing Hearing* filed by Veronica Katz. Sentencing set for 12/9/2024 10:30 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato.. Signed by Judge James Donato on 11/8/2024. (lrc, COURT STAFF) (Filed on 11/8/2024) (Entered: 11/08/2024)** |
| 12/02/2024 | 187 | Memorandum in Opposition by USA as to Veronica Katz re 182 Sentencing Memorandum *Reply to Defendant's Sentencing Memorandum* (Highsmith, Christiaan) (Filed on 12/2/2024) (Entered: 12/02/2024) |

| | | |
|---|---|---|
| 12/09/2024 | 196 | Minute Entry for proceedings held before Judge James Donato: Sentencing held on 12/9/2024 for Veronica Katz (1), Count(s) 1, 12s-16s, 1s, 2, 3s-7s, 8s-11s are dismissed. On the governments motion, all pending charges against defendant are dismissed. Count(s) 2s, Defendant is sentenced to 24 months in custody, followed by 3 years of supervised release on the conditions stated on the record. A fine of $50,000, restitution in the amount of $543,634.34 to Medicare, and a $100 mandatory special assessment, are imposed. A voluntary surrender order will be filed separately. The Court recommends that the BOP house defendant in a facility in Northern California. Court Reporter: Debra Pas. (tn, COURT STAFF) (Filed on 12/9/2024) Modified on 12/23/2024 (tn, COURT STAFF). (Entered: 12/23/2024) |
| 12/17/2024 | 190 | **ORDER FOR VOLUNTARY SURRENDER as to Veronica Katz. Signed by Judge James Donato on 12/17/2024. (lrc, COURT STAFF) (Filed on 12/17/2024) (Entered: 12/17/2024)** |
| 12/18/2024 | 191 | MOTION Extend Self-Surrender Date and Recommend that the BOP Designate Mrs. Katz to FCI Victorville by Veronica Katz. (Moeel, Shaffy) (Filed on 12/18/2024) (Entered: 12/18/2024) |
| 12/19/2024 | 193 | **JUDGMENT in a Criminal Case as to Veronica Katz. Signed by Judge James Donato on 12/19/2024. (lrc, COURT STAFF) (Filed on 12/19/2024) (Entered: 12/19/2024)** |
| 12/23/2024 | 195 | **ORDER. Judgment has been entered. Dkt. No. 193. The request to continue the self-surrender date, Dkt. No. 191, is denied. Signed by Judge James Donato on 12/23/2024. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 12/23/2024) (Entered: 12/23/2024)** |
| 05/19/2025 | 230 | Transcript of Proceedings as to Veronica Katz held on 12-9-2024, before Judge James Donato. Court Reporter/Transcriber Debra Pas, CRR, telephone number (415) 431-1477/Email: Debra_Pas@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/18/2025. (Pas, Debra) (Filed on 5/19/2025) (Entered: 05/19/2025) |
| 05/21/2025 | 234 | TRANSCRIPT ORDER for proceedings held on Apri 18, 2024 before Judge James Donato for Court Reporter Marla Knox (mfk, COURT STAFF) (Filed on 5/21/2025) (Entered: 05/21/2025) |
| 05/27/2025 | 235 | Transcript of Proceedings as to Veronica Katz, Vennesa Herrera, Simon Katz held on April 18, 2024, before Judge James Donato. Court Reporter, Marla F. Knox, RPR, CRR, RMR, telephone number (602) 391-6990/email marla_knox@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/25/2025. (Related documents(s) 234 , 234 , 234 ) (mfk, COURT STAFF) (Filed on 5/27/2025) (Entered: 05/27/2025) |
| 05/28/2025 | 236 | **ORDER. The sealing requests, Dkt. Nos. 121, 131, 192, 205, 216, are granted. Signed by Judge James Donato on 5/28/2025. *(This is a text-only entry generated by the court.*** |

| | | |
|---|---|---|
| | | ***There is no document associated with this entry.)* (jdlc3, COURT STAFF) (Filed on 5/28/2025) (Entered: 05/28/2025)** |
| 08/19/2025 | 245 | PAYMENT RECORD CARD : payment of Special Assessment in the amount of $100.00 paid on 04/18/2025 on behalf of Veronica Katz (rgh, COURT STAFF) (Filed on 8/19/2025) (Entered: 08/19/2025) |
| 09/04/2025 | 250 | STIPULATION WITH PROPOSED ORDER as to Veronica Katz, Simon Katz *(Stipulation and Proposed Order That FBI Turn Over $296,184 in Cash Seized at Defendant's Residence to Clerk of Court as Partial Payment of Restitution)* filed by USA. (Lowder, Gregg) (Filed on 9/4/2025) (Entered: 09/04/2025) |
| 09/10/2025 | 258 | **ORDER granting 250 Stipulation as to Veronica Katz (1), Simon Katz (3) Signed by Judge James Donato on 9/9/2025. (lrc, COURT STAFF) (Entered: 09/10/2025)** |
| 10/10/2025 | 265 | REQUEST for Return of Property Pursuant to Rule of Criminal Procedure 41(g) filed by Veronica Katz. (tn, COURT STAFF) (Filed on 10/10/2025) (tn, COURT STAFF). (Entered: 10/15/2025) |
| 10/10/2025 | 266 | Letter dated 10/5/2025 from Veronica Katz requesting the court for clarification and application of funds toward restitution as to Veronica Katz. (tn, COURT STAFF) (Filed on 10/10/2025) (tn, COURT STAFF). (Entered: 10/16/2025) |
| 01/28/2026 | 298 | PAYMENT RECORD CARD : payment of Restitution in the amount of $543,634.34 principal plus $17,574.82 interest paid on 12/29/2025 on behalf of Veronica Katz (rgh, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 01/28/2026 | 299 | PAYMENT RECORD CARD : payment of Fine in the amount of $50,000 principal plus $3,432.89 interest paid on 12/29/2025 on behalf of Veronica Katz (rgh, COURT STAFF) (Filed on 1/28/2026) (Entered: 01/28/2026) |
| 04/06/2026 | 312 | **ORDER granting 311 Order Granting Transfer of Jurisdiction - Out, as to Veronica Katz (1) Signed by Judge James Donato on 4/6/2026. (lrc, COURT STAFF) (Entered: 04/06/2026)** |

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

FILED

Aug 12 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERONICA KATZ, and<br>VENNESA HERRERA,<br><br>Defendant. | CASE NO. 3:21-cr-00310 MMC<br><br>VIOLATIONS:<br>18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud;<br>18 U.S.C. § 1347 – Health Care Fraud<br>18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Forfeiture Allegation<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

Introductory Allegations

1. Defendant Veronica Katz ("KATZ") resided in South San Francisco, California. HealthNow's articles of incorporation list KATZ as HealthNow's president, Chief Executive Officer, and agent for service of process.

2. Defendant Vennesa Herrera ("HERRERA") resided in the Northern District of California and worked as the office manager of HealthNow Home Healthcare, Inc. ("HealthNow").

3. HealthNow was a home health agency ("HHA") located in Hayward, California. California Secretary of State Records indicated that HealthNow was incorporated in 2014 under the name Home Healthcare, Inc. and that in 2015 its name was changed to HealthNow Home Healthcare,

Inc.

4. Pharadja Andrews ("ANDREWS") resided in the Northern District of California and worked as a Licensed Vocational Nurse ("LVN") at HealthNow.

The Medicare and Medicaid Programs

5. Medicare was a federally-funded health care program that provided benefits to persons who were at least 65 or older and certain younger people with disabilities. The Medicare program is administered by the Centers for Medicare and Medicaid Services ("CMS"). Medicare is a "Federal health care program" as defined in Title 42, United States Code, Section 1320a-7b(f) and is a "health care benefit program" as defined by Title 18, United States Code, Section 24(b). Different parts of Medicare cover different services; for example, Medicare Part A covers hospital and other inpatient services, while Medicare Part B covers outpatient health services, such as medical office visits, lab work, and home visits. Individuals who qualify for Medicare benefits are referred to as Medicare "beneficiaries." Each beneficiary is given a unique health insurance claim number ("HICN").

6. Health care providers that provide medical services that are reimbursed by Medicare are referred to as Medicare "providers." To participate in Medicare Part B, providers, including physicians and HHAs, are required to submit an application in which the provider agrees to comply with all Medicare-related laws and regulations, including the federal False Claims Act (31 U.S.C. §§ 3729-3733), which makes it illegal to submit claims for payment to Medicare or Medicaid that you know, or should know, are false or fraudulent. If Medicare approves a provider's application, Medicare assigns the provider a Medicare "provider number," which is used for processing and payment of claims.

7. A provider can submit a claim to Medicare through the mail or electronically. Every claim submitted by, or on behalf of, a provider certifies that the information on the claim form is truthful and that the services were reasonable and necessary to the health of the Medicare beneficiary. Medicare only reimburses providers for services and procedures that are medically necessary.

8. Medicare Part A and Medicare Part B cover eligible home health care services, such as intermittent skilled nursing care, physical therapy, and continued occupational services. These services, and others covered by Medicare, are commonly provided at the beneficiaries' homes. In this sense, home health care differs from care provided at health care facilities where the patient may reside or stay

for extended periods, such as skilled nursing facilities and other inpatient facilities.

9. HHAs who provide services to Medicare beneficiaries can submit claims for reimbursement to the Medicare program. Medicare will cover home health services only if, among other requirements, (1) the Medicare beneficiary is homebound; (2) the beneficiary needs skilled nursing services on an intermittent basis, or physical, speech pathology, or occupational therapy services; (3) the beneficiary is under the care of a qualified physician; and (4) a Plan of Care (CMS Form 485) is established by a physician.

10. In order for a beneficiary to be considered "homebound," a physician must certify that a beneficiary is "confined to the home," that is, the beneficiary must either (1) because of illness or injury, need the aid of supportive devices such as crutches, canes, wheelchairs, and walkers, the use of special transportation, or the assistance of another person in order to leave their place of residence; or (2) have a condition such that leaving their home is medically contraindicated. In addition, there must exist a normal inability to leave the home and leaving the home must require a considerable and taxing effort.

11. Medicare requires that the homebound determination be the result of a face-to-face consultation. A physician must conduct the consultation, or it must be done with one of the following under the supervision of the physician: a nurse practitioner, a certified nurse midwife, or a physician assistant. The physician must also certify that the beneficiary needs home health care, that a plan of care has been established, and that the services were furnished while the beneficiary was under the care of a physician.

12. Medicare is generally billed for home health care services in 60-day periods referred to as "episodes." These episodes cover the services provided by home health care in those 60-day windows. If a beneficiary continues to require home health care, another physician certification (or "recertification") is required for each subsequent episode.

13. In order to ensure adequate cash flow to HHAs, Medicare pays a percentage at the beginning of the episode through a request for anticipated payment ("RAP") by the HHA. The RAP provides an initial upfront payment to the HHA, typically 50%–60% in the first and second episodes.

14. One of the conditions an HHA must meet in order to receive a RAP from Medicare is the submission a Home Health Outcome and Assessment Information Set ("OASIS"). An OASIS is an

assessment, such as a start of care ("SOC"), a resumption of care, or a discharge, which is performed on a patient in order to determine, amongst other things, reimbursement to the HHA by Medicare.

15. Only specific medical professionals are authorized to complete an OASIS, depending on the type of care being assessed. For example, for nursing care, an OASIS must be completed by a registered nurse ("RN") or for any of the therapies, such as physical therapy, it must be completed by a physical therapist ("PT"). Conversely, a licensed practical nurse ("LPN"), licensed vocational nurse ("LVN"), or physical therapy aide ("PTA") may not complete an OASIS.

16. An HHA such as HealthNow must be accredited to bill Medicare. There are a number of accreditation organizations permitted to assist with the accreditation process. Accreditation organizations are third parties that certify that the HHA is in compliance with CMS rules and regulations. Accreditation organizations are entitled to perform random surveys to determine if they will re-accredit a particular HHA.

## The Scheme to Defraud

17. Beginning in or around December 2017 and continuing through in or around October 2019, KATZ and HERRERA, together with others known and unknown, engaged in a fraudulent scheme to obtain money and property by deceiving Medicare about insurance claims that KATZ, HERRERA, and their co-conspirators caused to be submitted to Medicare.

18. It was a part of the scheme that KATZ, HERRERA, and others used a variety of manners and means, among others:

a. Created fraudulent electronic medical records and billing documentation in support of Medicare claims.

b. Used the identities of licensed medical practitioners on electronic medical records and billing information without the practitioners' knowledge or consent and submitted such documentation in support of Medicare claims.

c. Caused LVNs to conduct OASIS SOCs knowing that an individual must have an RN credential to conduct an OASIS SOC.

d. Manipulated electronic patient medical and billing records to remove the names of LVNs who had improperly conducted OASIS SOCs and replaced the names of those LVNs with

the names of RNs in order to make medical records and billing documents submitted to Medicare appear legitimate for billing purposes.

e. Submitted fraudulent medical records and billing documents to bill Medicare.

f. Billed Medicare for physical therapy services not provided.

19. It was further part of the scheme to defraud that KATZ, HERRERA, and others took the following actions, among others:

a. At KATZ's direction, ANDREWS represented herself as having an RN credential, even though ANDREWS was an LVN and had not earned an RN credential. HERRERA and KATZ knew that ANDREWS was an LVN and not an RN.

b. At KATZ's direction, and with HERRERA's knowledge, ANDREWS improperly conducted OASIS SOCs on behalf of HealthNow.

c. At KATZ's direction, and with HERRERA's knowledge, ANDREWS prepared and signed medical records corresponding to OASIS SOC's that ANDREWS had improperly conducted.

d. HERRERA and KATZ manipulated HealthNow's electronic medical records to remove ANDREWS' name from medical records associated with OASIS SOCs conducted by ANDREWS and replace ANDREWS' name with the name of an RN who had not conducted the OASIS SOCs. HERRERA and KATZ frequently replaced ANDREWS' electronic signature with the electronic signature of RNs who did not work at HealthNow.

e. At KATZ's direction, HERRERA assisted in HealthNow improperly billing Medicare for OASIS SOCs conducted by ANDREWS.

f. In September 2018, February 2019, and March 2019, California Department of Public Health ("CDPH") representatives conducted site visits at HealthNow in connection with HealthNow's Medicare accreditation. During the site visits, CDPH representatives uncovered evidence that ANDREWS had improperly conducted OASIS SOCs on behalf of HealthNow and that HealthNow had improperly billed Medicare for OASIS SOCs conducted by ANDREWS. During the site visits, KATZ misled CDPH representatives about ANDREWS conducting OASIS SOCs. Specifically, KATZ told CDPH

representatives that where HealthNow records showed ANDREWS' name on an OASIS SOC for a HealthNow patient, ANDREWS was shadowing another RN—an individual referred to herein as B.B. In truth, however, B.B. never worked for HealthNow, and ANDREWS did not shadow B.B. while conducting OASIS SOC's for HealthNow. During a conversation with CDPH representatives, HERRERA impersonated B.B., an RN, to help conceal the fact that ANDREWS had improperly conducted OASIS SOCs.

COUNT ONE: (18 U.S.C. § 1349 – Conspiracy to Commit Health Care Fraud)

20. The factual allegations in Paragraphs 1 through 19 are re-alleged and incorporated by reference as if fully set forth herein.

21. Beginning in or about December 2017 and continuing through in or about October 2019, in the Northern District of California and elsewhere, the defendants,

VERONICA KATZ, and
VENNESA HERRERA,

together with others known and unknown, did knowingly and willfully conspire to execute and intend to execute a scheme and artifice to defraud health insurance benefit programs (as defined by Title 18, United States Code, Section 24(b)) as to a material matter and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, money and property owned by, and under the custody and control of, such health care benefit programs, all in connection with the delivery of, and payment for, health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347.

All in violation of Title 18, United States Code, Section 1349.

///

///

///

///

///

///

///

COUNT TWO: (18 U.S.C. §§ 1347 and 2 – Health Care Fraud and Aiding and Abetting)

22. The factual allegations in Paragraphs 1 through 21 are re-alleged and incorporated by reference as if fully set forth herein.

23. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendants,

VERONICA KATZ, and
VENNESA HERRERA,

did knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud health insurance benefit programs as to a material matter and to obtain by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, money and property owned by, and under the custody and control of, those health care benefit programs, all of the preceding in connection with the delivery of, and payment for, health care benefits, items, and services. Defendants KATZ and HERRERA did so by submitting and causing to be submitted the following reimbursement claims to health insurance providers:

| COUNT | DATE | DESCRIPTION OF REIMBURSEMENT CLAIM |
|---|---|---|
| TWO | April 5, 2018 | Claim for $1,640 submitted to Medicare for physical therapy for Patient-1. HealthNow billed using HCPCS code G0151. Medicare received the claim on or about April 5, 2018, and identified it by claim number 21803800127007CAR. |

FORFEITURE ALLEGATION: (18 U.S.C. § 981(a)(1)(C) & 982(a) & 28 U.S.C. § 2461(c))

24. The allegations in Paragraphs 1 through 23 are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a), and Title 28, United States Code, Section 2461(c).

25. Upon conviction of the offense alleged in Counts One and Two, the defendants,

VERONICA KATZ, and
VENESSA HERRERA,

shall forfeit to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a), and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes

or is derived from proceeds traceable to said violations, including but not limited to a sum of money equal to the total proceeds from the commission of said offense.

24. If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and 982(a), and Title 28, United States Code, Section 2461.

DATED: August 12, 2021

STEPHANIE M. HINDS
Acting United States Attorney

______/s/________________________
CHRISTIAAN H. HIGHSMITH
ANDREW F. DAWSON
Assistant United States Attorneys

AO 245B (Rev. AO 09/19-CAN 12/19) Judgment in Criminal Case

# UNITED STATES DISTRICT COURT
## Northern District of California

UNITED STATES OF AMERICA
v.
Veronica Katz

**JUDGMENT IN A CRIMINAL CASE**

USDC Case Number: CR-21-00310-001 JD
BOP Case Number: DCAN321CR00310-001
USM Number: 26490-111
Defendant's Attorney: Hanni M. Fakhoury (Retained)
Shaffy Moeel (Retained)

**THE DEFENDANT:**

- ☑ pleaded guilty to count: Two of the Superseding Indictment.
- ☐ pleaded nolo contendere to count(s): which was accepted by the court.
- ☐ was found guilty on count(s): after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1347, 2 | Health Care Fraud; Aiding and Abetting Health Care Fraud | 04/05/2018 | 2 |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☐ The defendant has been found not guilty on count(s):
- ☑ Counts One and Three through Sixteen are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

12/9/2024
Date of Imposition of Judgment

Signature of Judge

The Honorable James Donato
United States District Judge
Name & Title of Judge

12/19/2024
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
24 months.

The appearance bond is hereby exoneratedd, or upon surrender of the defendant as noted below. Any cash bail plus interest shall be returned to the owner(s) listed on the Affidavit of Owner of Bond Security form on file in the Clerk's Office.

☐ The Court makes the following recommendations to the Bureau of Prisons:
The Court recommends designation near San Francisco, California for family visits.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at on (no later than 2:00 pm).
- ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☑ on 1/6/2025 (no later than 2:00 pm).
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ______________________ to ______________________________ at ______________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: Three years.

## MANDATORY CONDITIONS OF SUPERVISION

1) You must not commit another federal, state or local crime.
2) You must not unlawfully possess a controlled substance.
3) You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4) ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5) ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6) ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7) ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court, and bring about improvements in your conduct and condition.

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of RELEASE, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4) You must follow the instructions of the probation officer related to the conditions of supervision.
5) You must answer truthfully the questions asked by your probation officer.
6) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with, for example), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
7) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by these and the special conditions of your supervision that he or she observes in plain view.
8) You must work at least part-time (defined as 20 hours per week) at a lawful type of employment unless excused from doing so by the probation officer for schooling, training, community service or other acceptable activities. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
9) You must not communicate or interact with someone you know is engaged in criminal activity. You must not associate, communicate, or interact with any person you know has been convicted of a felony, unless granted permission to do so by the probation officer.
10) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

☐ If the probation officer determines that you pose a risk to a third party, the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk. *(check if applicable)*

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision upon a finding of a violation of probation or supervised release.

(Signed) ____________________________ ______________________
Defendant Date

____________________________ ______________________
U.S. Probation Officer/Designated Witness Date

## SPECIAL CONDITIONS OF SUPERVISION

1. You must not open any new lines of credit and/or incur new debt without the prior permission of the probation officer.

2. You must provide the probation officer with access to any financial information, including tax returns, and must authorize the probation officer to conduct credit checks and obtain copies of income tax returns.

3. You must undergo an assessment for mental health treatment services. If services are deemed appropriate, then you must pay for part or all of the cost of treatment, as directed by the probation officer. You must adhere to a co-payment schedule as determined by the probation officer. Payments must never exceed the total cost of mental health counseling. The actual co-payment schedule must be determined by the probation officer.

4. You must not have contact with any codefendant in this case, namely Vennesa Herrera. You may have contact with your husband, Simon Katz.

5. You must submit your person, residence, office, vehicle, electronic devices and their data (including cell phones, computers, and electronic storage media), or any property under your control to a search. Such a search must be conducted by a United States Probation Officer or any federal, state or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation. You must warn any residents that the premises may be subject to searches.

DEFENDANT: Veronica Katz
CASE NUMBER: CR-21-00310-001 JD



## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

| | Assessment | Fine | Restitution | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $100 | $50,000 | $543,634.34 | N/A | N/A |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | $543,634.34 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | | $543,634.34 | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

- ☐ the interest requirement is waived for the .
- ☐ the interest requirement is waived for the is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Veronica Katz
CASE NUMBER: CR-21-00310-001 JD



## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows*:

A ☐ Lump sum payment of ____________________ due immediately, balance due

☐ not later than , or
☐ in accordance with ☐ C, ☐ D, or ☐ E, and/or ☐ F below); or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal (e.g., weekly, monthly, quarterly) installments of _ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal (e.g., weekly, monthly, quarterly) installments of _ over a period of (e.g., months or years), to commence (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:
**It is further ordered that the defendant shall pay to the United States a special assessment of $100, a fine in the amount of $50,000, and the defendant shall pay restitution in the amount of $543,634.34. During imprisonment, payment of the fine is due at the rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Once the defendant is on supervised release, the restitution and fine must be paid in monthly payments of not less than $5,000 or at least 10 percent of earnings, whichever is greater, to commence no later than 60 days from placement on supervision. Notwithstanding any payment schedule set by the court, the United States Attorney's Office may pursue collection through all available means in accordance with 18 U.S.C. §§ 3613 and 3664(m). Payments shall be made to the Clerk of U.S. District Court, Attention: Financial Unit, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102, or via the pay.gov online payment system.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

* Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

DEFENDANT: Veronica Katz
CASE NUMBER: CR-21-00310-001 JD



☑ The Court gives notice that this case involves other defendants who may be held jointly and severally liable for payment of all or part of the restitution ordered herein and may order such payment in the future, **but such future orders do not affect the defendant's responsibility for the full amount of the restitution ordered.**